IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:                                          **Case No. 8:26-bk-05280**
                                                Chapter 7

**BRIAN PETER TROIANO**


        DEBTOR
_____/


## MOTION TO VACATE FORECLOSURE SALE


  Debtor, **BRIAN PETER TROIANO,** through the undersigned attorney, files this Motion to Vacate Foreclosure Sale, and states:

1.  This case was instituted by the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code on June 18, 2026.

2.  A foreclosure sale was completed in Hillsborough County, Florida in connection to Debtor's homestead property (Case Number 2024-CA-003708) on June 19, 2026 after the instant case was filed.

3.  The Debtor is entitled to a 30-day automatic stay pursuant to 11 U.S.C. 362 (c ) (3) since a prior bankruptcy case was dismissed within one year.

4.  Based on the foregoing, it is appropriate for this Court to vacate the foreclosure sale in Case Number 2024-CA-003708.

   **WHEREFORE,** the undersigned respectfully requests this Court enter an order granting this Motion, vacating the foreclosure sale in Case Number 24-CA-003708, and such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been furnished via US Mail and electronically to Anya E. Macias, 1031 N. Miami Beach Vlvd., North Miami Beach, FL 33162; US Trustee on this 19th day of June, 2026.

/s/ Thomas A. Nanna

_____

**THOMAS A. NANNA, ESQ.**
FLA. BAR NO. 45543
PO Box 66626
St. Pete Beach, FL33736
PHONE (813) 935-8323-2395