**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

BRIAN PETER TROIANO                     CASE NO.  8:26-bk-05280-CED
                                        CHAPTER 7

                Debtor.
_____/

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER YOU MUST FILE A RESPONSE WITH THE CLERK OF COURT AT THE SAM M. GIBBONS UNITED STATES COURTHOUSE, 801 N. FLORIDA AVENUE, SUITE 555, TAMPA, FL 33602 WITHIN TWENTY-ONE (21) DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.**

**IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER NOTIFY YOU OF A HEARING DATE OR THE COURT WILL CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED IN THIS PAPER WITHOUT A HEARING. IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, AND THE COURT MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.**

**YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE. IF THE PAPER IS AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE, YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED IF YOU DO NOT TIMELY FILE AND SERVE A RESPONSE.**

Toyota Motor Credit Corporation ("Movant") seeks, pursuant to 11 U.S.C. §362(d), relief from the automatic stay and states:

1.      On January 14, 2022, Debtor entered into a Retail Installment Sales Contract with Movant for the following vehicle: 2017 Lexus GS200T, VIN: JTHBA1BL5HA005122 ("Vehicle").

2.      Movant is the lienholder on the Vehicle.  True and correct copies of the Contract and title are attached hereto as Composite Exhibit "A."

3.      The Contract is in default.  Pursuant to Local Rule 4001-1(c)(1)(C), the following is the default information on the loan as of July 8, 2026: the total debt owed was $16,859.82 and the loan is due for the March 30, 2026 payment and all subsequent payments.

4.      According to the J.D. Power, the low auction value of the Vehicle is $12,725.00. A copy of the J.D. Power record is attached hereto as Composite Exhibit "A."

5.      It would be inequitable to allow the Debtor to retain the Vehicle, as there is no equity above the total indebtedness.

6.      Furthermore, Movant is not receiving payments to protect against the erosion of its security interest.

7.      If Movant is not permitted to enforce its lien, it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests the Court enter an order:

a.      terminating the automatic stay;

b.      permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Vehicle described herein; and

c.      granting such other relief that the Court may deem just and proper.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33758
P: (727) 565-2653
F: (727) 213-9022
E:bk@stewartlegalgroup.com
Counsel for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 15th day of July 2026.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Brian Peter Troiano
12191 W. Linebaugh Ave.
PMB #512
Tampa, FL 33626

**VIA CM/ECF NOTICE**
Thomas A Nanna
Thomas A Nanna PA
PO Box 66626
St. Pete Beach, FL 33736

Katelyn Vinson
606 East Madison Street
Tampa, FL 33602

U.S. Trustee
United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602