ORDERED.

**Dated: August 03, 2026**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

Chapter 7
Case No. 8:26-bk-05280-CED

**Brian Peter Troiano,**

Debtor.
_____________________________/

**ORDER GRANTING U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BKPL-EG HOLDING TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY [D.E. 14]**

**THIS MATTER** came before the Court upon U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust's Motion for Relief from Automatic Stay [D.E. 14] (the "Motion"). The Court, pursuant to Local Rule 2002-4, having considered this Motion without further notice or hearing as no party in interest has filed an objection within twenty-one (21) days plus 3 days from service of the Motion, and being otherwise duly advised in the premises, it is,

**ORDERED**, as follows:

1. The Motion is **GRANTED**, as set forth herein.

2. The Automatic Stay is lifted to allow U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust, its successor and/or assigns ("Movant"), to take all necessary steps to take possession of and exercise any and all its rights in the secured collateral described as *10119 Parley Drive, Tampa, FL 33626* and legally described as:

Lot 9, Block 16, WESTCHASE SECTION "323", a subdivision according to the plat thereof recorded at Plat Book 84, Page 62, in the Public Records of Hillsborough County, Florida.

3. This relief is *in rem* only in order to commence or complete state court foreclosure proceedings through certificate of title and possession of the Property; however, Secured Creditor shall not seek any *in personam* relief against the debtor(s) without further order of the Court.

4. It Is Further Ordered that the 14-day stay provided by Bankruptcy Rule 4001(a)(4) is waived.

5. The Court further Orders that reasonable attorney's fees and costs up to $649.00 incurred in connection with this motion are approved and may be added to the secured claim.

6. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Attorney Melbalynn Fisher is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.